UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  
    BRITNEY JENICE MICKLES  
        DEBTOR(S)

CASE NO. 15-03549-JCO-13

## ORDER RECONSIDERING THE DISMISSAL AND REINSTATING CASE

The Chapter 13 Trustee's motion to reconsider the dismissal and reinstate the Chapter 13 Case is hereby granted.

It is ordered that the Order of Dismissal is RECONSIDERED and the case is REINSTATED.

Dated: August 12, 2016

JERRY C. OLDSHUE, JR.
U.S. BANKRUPTCY JUDGE