
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

CASE NO. 15-03549-JCO-13

IN RE:
Britney Jenice Mickles

DEBTOR

## CONSENT ORDER CONDITIONALLY DENYING TRUSTEE'S MOTION TO DISMISS

This matter is before the Court on the motion of the Chapter 13 Trustee to dismiss the Debtor's case for failure to make Chapter 13 plan payments. The Debtor and the Chapter 13 Trustee are in agreement and respectfully request the Court to conditionally deny the Trustee's motion to dismiss upon the following terms and conditions:

(X) The Debtor will begin making the increased payment of $237.00 per month. A payment must be sent to the address below and be received by the Trustee within 21 days of signing this consent agreement. This case will remain in a probationary status for a period of 12 months from the entry of this order. Should the debtor fail to make a payment within the month due during the probationary period, the Trustee shall notify the Court of the default and the case shall be dismissed without further notice or hearing.

( ) The Debtor(s) shall file a motion to convert this case to Chapter 7 within 21 days of this order or the case will be dismissed without further hearing or notice.

( ) Other provisions: _____

_Britney J Mickles_
Debtor(s)

and/or

_____
Counsel with Debtor(s) consent

Date: 08-03-2016

Mail money order or cashier's check and consent agreement to:

DANIEL O'BRIEN
CHAPTER 13 TRUSTEE
P.O. Box 1779
MEMPHIS TN 38101-1779

**ORDER**

The Court hereby orders that the Trustee's motion to dismiss for failure to make plan payments is CONDITIONALLY DENIED per the consent agreement above.

DATE: 8/15/16

/S/Jerry C. Oldshue, Jr.
U.S. BANKRUPTCY JUDGE