UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:                                                Case Number: 15-03549-JCO-13

Britney Jenice Mickles

    Debtor(s)

## ORDER DISMISSING CHAPTER 13 CASE

This matter is before the Court upon Debtor's failure to comply with Consent Order.

The Court finds the case should be dismissed. It is ORDERED that:

1. The bankruptcy case is dismissed.

2. All creditors are to be notified of the dismissal by service upon them by a copy of this order.

3. If any filing fees or court costs remain unpaid, the Court retains jurisdiction to collect them.

DATED: 12/8/2016

                                                         /s/ JERRY C. OLDSHUE
                                                         U.S. BANKRUPTCY JUDGE

ORDER PREPARED BY:
Chapter 13 Trustee's Office