Form ntcdsm

# UNITED STATES BANKRUPTCY COURT

Southern District of Alabama

Case No.: 15–03549
Chapter: 13

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Britney Jenice Mickles
　2028 Nicholas Lane
　Mobile, AL 36605

Social Security / Individual Taxpayer ID No.:
　xxx–xx–2654

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on 12/8/16.

Dated: 12/8/16

　　　　　　　　　　　　　　　　LEONARD N. MALDONADO
　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　RH
　　　　　　　　　　　　　　　　Deputy Clerk Initials