IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

| IN RE: | | CASE NO.: | 15-03549-JCO-13 |
|---|---|---|---|
| Britney Jenice Mickles | | DATE: | 02/10/2017 |
| DEBTOR | | DATE CONFIRMED: | 03/28/2016 |
| ATTORNEY: Larson Edge, Jr. | | DATE CLOSED: | 12/08/2016 |

## FINAL REPORT AND ACCOUNTING

I, Daniel B. O'Brien, Chapter 13 Trustee, am filing the following final report and accounting and certify that the estate has been fully administered. The case was DISMISSED AFTER CONFIRMATION.

Amount paid to Trustee by or for the Debtor for benefit of creditors: $637.00

| CREDITOR NAME | CLASS | CLAIM AMT | % DIV | PRIN PD | INT PD | INSURANCE PD | DUE | BAL DUE |
|---|---|---|---|---|---|---|---|---|
| CONSUMER PORTFOLIO SERVIC | SECURED - PREF I | $6,200.00 | 100.00 | $500.51 | $104.05 | $0.00 | $0.00 | $5,820.63 |
| CONSUMER PORTFOLIO SERVIC | UNSECURED | $667.40 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $49.32 |
| Midland Credit Mgmt Inc/Midland I | UNSECURED | $136.34 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $10.08 |
| Midland Credit Mgmt Inc/Midland I | UNSECURED | $346.15 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $25.58 |
| NATIONAL CREDIT ADJUSTERS | UNSECURED | $617.50 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $45.63 |
| Navient Solutions Inc | UNSECURED | $8,755.43 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $647.03 |
| Quantum3 Group LLC | UNSECURED | $315.96 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $23.35 |
| RENTDEBT AUTOMATED COLL | UNSECURED | $592.47 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $43.78 |
| TEXAS GUARANTEED STUDENT | UNSECURED | $13,524.46 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $999.46 |
| U. S. Department of Education | UNSECURED | $8,689.62 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $642.16 |
| Unsecured Creditors | UNSECURED | $0.00 | 7.39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| PRIORITY | $0.00 |
| PRIORITY INSURANCE | $0.00 |
| SECURED | $500.51 |
| INTEREST | $104.05 |
| UNSECURED | $0.00 |
| COURT CLERK: | $0.00 |
| ATTORNEY FEE: | $0.00 |
| TRUSTEE FEE: | $32.44 |
| REFUNDED TO DEBTOR: | $0.00 |
| ADMINISTRATIVE: | $0.00 |
| TOTAL: | $637.00 |

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Daniel B. O'Brien

Daniel B. O'Brien, Trustee